IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | NO. _____ |

## MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE COURT REGISTRY

Plaintiffs Columbia Housing/PNC Institutional Fund IV Limited Partnership ("PNC Fund IV"); Columbia Housing SLP Corporation ("Columbia SLP"); Ocwen 2000-L.L.C. ("Ocwen 2000"); PNC Bank; and PNC Fund IV, Inc. (Fund IV, Inc.") (collectively, "Plaintiffs") bring this Motion for Leave to Deposit Funds into the Court Registry pursuant to Fed.R.Civ.P. 67, as follows:

1. By this lawsuit, Plaintiffs seek a declaration of their and various other parties' rights and obligations under a series of agreements that have been impacted by the dissolution of defendant Ocwen Federal Bank FSB ("Ocwen FSB").

2. A Purchase and Sale Agreement ("PSA") dated as of September 1, 2000, was entered into by Ocwen FSB (on its own behalf and on behalf of Selling Partnerships identified in the PSA), Ocwen 2000, Ocwen Investment Corporation, and PNC Fund IV. An Eighth

Amendment to the Purchase and Sale Agreement Including Capital Contribution Agreement ("Eighth Amendment") was also entered into effective September 1, 2001. Pursuant to Section 1.1 of the Eighth Amendment, PNC Fund IV is to make certain payments to Ocwen 2000 on certain conditions. Section 1.1 further provides that Ocwen 2000 will, in turn, make certain payments to Ocwen FSB "as agent" for the owner of "remaining subject interests," such owners being the "remaining operating partnerships."

3. Because an actual controversy exists between the parties regarding the effect of the dissolution of Ocwen FSB on the parties' respective rights and obligations, if any, pursuant to the PSA, Eighth Amendment, and other applicable agreements, Plaintiffs request leave to deposit all payments that are due or may become due to Ocwen 2000 or any Defendant into the registry of the Court, pending final resolution of this case or other order of the Court.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant them leave to deposit all payments that are due or may become due to Ocwen 2000 or any Defendant into the registry of the Court, pending final resolution of this case or other order of the Court, and for such other and further relief that in the interest of justice are appropriate.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
Karen Lee Turner (No. 4332)
Michael G. Busenkell (No. 3933)
300 Delaware Avenue
Suite 1630
Wilmington, DE 19801
(302) 425-0430

- and -

Charles L. Perry
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
E-mail: cperry@akllp.com
Facsimile: (214) 659-4894
(pro hac vice pending)

ATTORNEYS FOR PLAINTIFFS

*U0001987*