IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | NO. 06-371 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Charles L. Perry, Esquire of Andrews Kurth LLP to represent plaintiffs Columbia Housing/PNC Institutional Fund IV Limited Partnership, Columbia Housing SLP Corporation, OCWEN 2000-LLC, PNC Bank, and Columbia Housing/PNC Fund IV, Inc. in this matter.

June 9, 2006

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
Michael G. Busenkell (No. 3933)
300 Delaware Avenue
Suite 1630
Wilmington, DE 19801
(302) 425-0430

ATTORNEYS FOR PLAINTIFFS

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Charles L. Perry
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, TX 75201
214.659.4681

*u0002019 (2).doc*