# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC | § | |
| INSTITUTIONAL FUND IV LIMITED | § | NO. 06-371 |
| PARTNERSHIP, COLUMBIA | § | |
| HOUSING SLP CORPORATION, | § | |
| OCWEN 2000-LLC, PNC BANK, and | § | |
| COLUMBIA HOUSING/PNC | § | |
| FUND IV, INC., | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | |
| OCWEN FEDERAL BANK FSB, | § | |
| OCWEN INVESTMENT | § | |
| CORPORATION, and OCWEN | § | |
| LOAN SERVICING, LLC, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING MOTION FOR LEAVE
## TO DEPOSIT FUNDS INTO THE COURT REGISTRY

On this date, this Court considered the Motion for Leave to Deposit Funds into the Court Registry ("Motion for Leave") filed by Plaintiffs Columbia Housing/PNC Institutional Fund IV Limited Partnership ("PNC Fund IV"); Columbia Housing SLP Corporation ("Columbia SLP"); Ocwen 2000-L.L.C. ("Ocwen 2000"); PNC Bank; and PNC Fund IV, Inc. (Fund IV, Inc.") (collectively, "Plaintiffs").

Having considered the Motion for Leave and any responses thereto, this Court is of the opinion that the Motion for Leave should be granted.

It is therefore, ORDERED that the Motion for Leave is GRANTED.

It is further ORDERED that Plaintiffs may deposit all payments that are due or may become due to Ocwen 2000 or any Defendant into the registry of the Court, pending final resolution of this case or other order of the Court.

Date: _____

_____
GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE