IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., | Civil Action No. 06-371 |
| Plaintiffs, | **AFFIDAVIT OF DAVID HO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)** |
| v. | |
| OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC | |
| Defendants. | |

I, David Ho, under oath do depose and state that:

1.    I am over eighteen years of age and am a Senior Asset Manager for Affordable

Housing for Ocwen Loan Servicing LLC ('OLS'), one of the named defendants in the captioned

matter.

2.    OLS is a Delaware limited liability company and its sole member is Ocwen

Financial Corporation ("Ocwen Financial"). Ocwen Financial is a Florida corporation.

3.    Since July 2005 and in conformance with an Assignment and Assumption

Agreement,[1] OLS has acted as the managing member of Ocwen 2000 – LLC ("Ocwen 2000"), a

named plaintiff in this action. Ocwen Federal Savings Bank served as the Managing Member of

Ocwen 2000 prior to the time OLS assumed this role.

---

[1] A copy of the Assignment and Assumption Agreement is attached to the Affidavit of Michael Mosher filed in Support of the Defendants' Opposition to Plaintiffs' Motion for Leave to Deposit Funds into the Court Registry at Tab 5 (Docket No. 8).

4.      During the eleven months from when OLS first assumed its role as the Managing

Member of Ocwen 2000 until the date this lawsuit was filed, neither Columbia Housing/PNC

Fund IV, Inc. ("Fund IV, Inc."), nor any PNC-related entity has asserted that it was the true

Managing Member of Ocwen 2000. In fact, none of the plaintiffs identified above have taken

any acts to either limit or restrict OLS's management control of Ocwen 2000, and they have not

claimed to have done so.

5.      Similarly, none of the plaintiffs named above have taken any action or made any

statement that would designate Fund IV, Inc. as the Managing Member of Ocwen 2000.

Likewise, no PNC-entity has asserted management control over Ocwen 2000.

Signed under the penalties of perjury this 30th day of June 2006.



David Ho

## STATE OF FLORIDA

Then personally appeared David Ho, who, having identified himself to me and been duly
sworn, stated that he has executed this affidavit and acknowledged it to be his free act and deed
on this 30th day of June 2006.

Notary Public

My Commission Expires:

PATRICIA A. ROBERTSON
Comm# DD0488055
Expires 11/6/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

COLUMBIA HOUSING/PNC INSTITUTIONAL
FUND IV LIMITED PARTNERSHIP,
COLUMBIA HOUSING SLP CORPORATION,
OCWEN 2000-LLC, PNC BANK, and
COLUMBIA HOUSING/PNC FUND IV, INC.,

                Plaintiffs,

v.

OCWEN FEDERAL BANK FSB, OCWEN
INVESTMENT CORPORATION, and OCWEN
LOAN SERVICING, LLC

                Defendants.

Civil Action No. 06-371

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, Esquire, hereby certify that on June 30, 2006, I electronically filed

AFFIDAVIT OF DAVID HO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

PURSUANT TO FED. R. CIVIL P. 12(b)(1) with the Clerk of Court using CM/ECF which will

send notification of such filing. A copy of the document was served on the following counsel in

the manner indicated:

**VIA REGULAR MAIL**

Karen Lee Turner
Michael Busenkell
Eckert Seamans Cherin & Mellott
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801

**VIA REGULAR MAIL**

Charles L. Perry
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Domenic E. Pacitti (DE Bar No. 3989)
222 Delaware Avenue, 12th Floor
Wilmington, DE 19801
(302) 421-6864
(302) 421-5881
dpacitti@saul.com