IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC<br><br>Defendants. | Civil Action No. 06-371 |

**REVISED AFFIDAVIT OF MICHAEL MOSHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE COURT REGISTRY AND DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)**

I, Michael Mosher, under oath do depose and state that:

1.   I am over eighteen years of age and am a Senior Manager for Affordable Housing for Ocwen Loan Servicing LLC ("OLS"), one of the named defendants in the captioned matter.

2.   Previously, I submitted an affidavit to this Court in which I set forth my understanding of the amounts PNC had paid to date to Ocwen FSB and/or OLS pursuant to the PSA and Eighth Amendment. *See* Affidavit of Michael Mosher in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to Deposit Funds into the Court Registry (Docket No. 8), ¶ 6.[1] Subsequently, I learned that the amounts PNC has paid thus far are approximately $21 million rather than the $10 million previously stated.

---

[1] Terms used herein have the same meaning as those used in my original affidavit, Docket No.8.

# 3904779_v1

3.  Additionally, in my prior affidavit I estimated that the projected total amount remaining due under the PSA and the Eighth Amendment was approximately $17 million. *See id.* Subsequently, I learned that the anticipated tax credit flows set forth in the PSA and its amendments differ from the actual tax credits available in 2005 and for the remaining life of the tax credit period for several of the individual partnership comprising Ocwen 2000, LLC. Based upon this information, a more accurate projection of the amount remaining due under the PSA, including the Payment due later this month, is approximately $12 million.

4.  Similarly, I previously estimated that the next payment, due on or about July 2006, would be approximately $5.1 million. *See id.* While this figure is not yet final as I am awaiting further documentation to determine definitively the applicable tax credit award, after performing calculations based on recently received information it now appears that the next Payment will be approximately $3.6 million.

Signed under the penalties of perjury this 14th day of July 2006.

_____
Michael Mosher

### STATE OF FLORIDA

Then personally appeared Michael Mosher, who, having identified himself to me and been duly sworn, stated that he has executed this affidavit and acknowledged it to be his free act and deed on this 14th day of July 2006.

_____
Notary Public

Kathleen Dougherty
My Commission DD329303
Expires June 15, 2008

My Commission Expires: 6/15/08

# 3904779_v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC <br><br> Defendants. | Civil Action No. 06-371 |

### CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, Esquire, hereby certify that on July 14, 2006, I electronically filed ***DEFENDANTS' REVISED AFFIDAVIT OF MICHAEL MOSHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE COURT REGISTRY AND DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)*** with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

| **VIA REGULAR MAIL** | **VIA REGULAR MAIL** |
|---|---|
| Karen Lee Turner <br> Michael Busenkell <br> Eckert Seamans Cherin & Mellott <br> 300 Delaware Avenue, Suite 1360 <br> Wilmington, Delaware 19801 | Charles L. Perry <br> Andrews Kurth LLP <br> 1717 Main Street, Suite 3700 <br> Dallas, TX 75201 |

538419.1 7/14/06

Kimberly L. Gattuso (DE Bar No. 3733)
222 Delaware Avenue, 12th Floor
Wilmington, DE 19801
(302) 421-6868
(302) 421-5871
kgattuso@saul.com

July 14, 2006