IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC<br><br>Defendants. | CIVIL ACTION NO. 06-371 |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Michael F. Bonkowski, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Joshua C. Krumholz of the law firm Holland & Knight LLP, 10 St. James Ave., Boston, MA 02116, in this action. Mr. Krumholz is admitted, practicing, and in good standing in the Bar of the Commonwealth of Massachusetts.

SAUL EWING LLP

_____
Michael F. Bonkowski (No. 2219)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
(302) 421-6813 (Fax)
mbonkowski@saul.com

Counsel for Defendants
Ocwen Federal Bank FSB, Ocwen
Investment Corporation, and
Ocwen Loan Servicing, LLC

Dated: July 19, 2006
538278.1 7/18/06

## **CERTIFICATION OF ATTORNEY BEING ADMITTED**

Pursuant to Local Rule 83.5, I, Joshua C. Krumholz, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

                          **HOLLAND & KNIGHT LLP**

                          _____
                          Joshua C. Krumholz
                          10 St. James Ave.
                          Boston, MA 02116
                          (617) 523 2700
                          (617) 523 6850 (Fax)
                          joshua.krumholz@hklaw.com

Dated: July 13, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC <br><br> Defendants. | CIVIL ACTION NO. 06-371 |

**ORDER**

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Joshua C. Krumholz, Esquire is GRANTED.

DATED: _____, 2006

_____
GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br>Plaintiffs, <br><br>v. <br><br>OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC <br><br>Defendants. | Civil Action No. 06-371 |

**CERTIFICATE OF SERVICE**

I, Michael F. Bonkowski, Esquire, hereby certify that on July 19, 2006, I electronically filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Joshua C. Krumholz with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

| **VIA REGULAR MAIL** | **VIA REGULAR MAIL** |
|---|---|
| Karen Lee Turner <br> Michael Busenkell <br> Eckert Seamans Cherin & Mellott <br> 300 Delaware Avenue, Suite 1360 <br> Wilmington, Delaware 19801 | Charles L. Perry <br> Andrews Kurth LLP <br> 1717 Main Street, Suite 3700 <br> Dallas, TX 75201 |

SAUL EWING LLP

*/s/ signature/*

Michael F. Bonkowski (No. 2219)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
(302) 421-6813 (Fax)
mbonkowski@saul.com

538278.1 7/18/06