IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC.,<br><br>               Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC<br><br>               Defendants. | Civil Action No. 06-371<br><br>**SECOND AFFIDAVIT OF DAVID HO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)** |

I, David Ho, under oath do depose and state that:

1. I am over eighteen years of age and am a Senior Asset Manager for Affordable Housing for Ocwen Loan Servicing LLC ("OLS"), one of the named defendants in the captioned matter.

2. I have personal knowledge of the facts stated herein, all of which are true and correct.

3. Previously, on or about June 30, 2006 I submitted an Affidavit in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) ("First Ho Affidavit") (Docket No. 12).

4. I have personal knowledge of the facts stated in the First Ho Affidavit, all of which are true and correct.

# 3921990_v1

Signed under the penalties of perjury this 25th day of July 2006.

*David Ho*
_____
David Ho

**STATE OF FLORIDA** *PALM BEACH*
*COUNTY OF PALM BEACH*

Then personally appeared David Ho, who, having identified himself to me and been duly sworn, stated that he has executed this affidavit and acknowledged it to be his free act and deed on this 25th day of July 2006.

*[signature]*
_____
Notary Public

Kathleen Dougherty
My Commission DD329303
Expires June 15, 2008

My Commission Expires: 6/15/08

# 3921990_v1

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC<br><br>Defendants. | Civil Action No. 06-371 |

**CERTIFICATE OF SERVICE**

I, Kimberly L. Gattuso, Esquire, hereby certify that on July 26, 2006, I electronically filed the SECOND AFFIDAVIT OF DAVID HO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R CIV. P. 12(b)(1) with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA REGULAR MAIL**

Karen Lee Turner
Michael Busenkell
Eckert Seamans Cherin & Mellott
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801

**VIA REGULAR MAIL**

Charles L. Perry
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

SAUL EWING LLP

Kimberly L. Gattuso (DE Bar No. 3733)
222 Delaware Avenue, 12th Floor
Wilmington, DE 19801
(302) 421-6868
(302) 421-5871
kgattuso@saul.com

538859 1 7/26/06