IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., | § § § § § § § § | NO. 06-371 |
| Plaintiffs, | § § | |
| v. | § § | |
| OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, | § § § § § | |
| Defendants. | § | |

**JOINT MOTION TO STAY PROCEEDINGS FOR
30 DAYS TO ACCOMMODATE SETTLEMENT DISCUSSIONS**

All parties to these actions, by their respective undersigned counsel, move this Honorable Court for an Order staying all proceedings in these matters for thirty (30) days. The parties respectfully submit that there is good cause for the requested thirty-day stay because the parties are engaged in active settlement negotiations, they reasonably believe that a business resolution will be reached, and they have agreed that the prospects of settlement will improve if they can focus their full attention towards settlement in the next thirty days without the distraction of substantial discovery and pre-trial preparation.

WHEREFORE, all parties to this action request that this Honorable Court stay all proceedings in the above-referenced matter for thirty days in order to allow the parties to accommodate settlement discussions.

| | |
|---|---|
| SAUL EWING LLP<br><br>*/s/ Domenic E. Pacitti*<br>_____<br>Domenic E. Pacitti (No. 3989)<br>Michael F. Bonkowski (No. 2219)<br>222 Delaware Avenue, 12th Floor<br>Wilmington, DE 19801<br>(302) 421-6864<br>dpacitti@saul.com<br><br>HOLLAND AND KNIGHT LLP<br>Joshua C. Krumholz, Esq. (*pro hac vice*)<br>Elizabeth M. Mitchell, Esq. (*pro hac vice*)<br>Benjamin M. McGovern (*pro hac vice*)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | ECKERT SEAMANS CHERIN &<br>MELLOTT, LLC<br><br>_____<br>Michael G. Busenkell (No. 3933)<br>Margaret F. England (No. 4248)<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801<br>(302) 425-0430<br>mbusenkell@eckertseamans.com<br><br>ANDREWS KURTH LLP<br>Charles L. Perry (*pro hac vice*)<br>Texas State Bar No. 15799900<br>1717 Main Street, Suite 3700<br>Dallas, Texas 75201<br>(214) 659-4681 |

*U0003614*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br>       Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, <br><br>       Defendants. | § § § § § § § § § § § § § § § § § § § § § § § §   NO. 06-371 |

ORDER TO STAY PROCEEDINGS FOR
30 DAYS TO ACCOMMODATE SETTLEMENT DISCUSSIONS

On this date, this Court considered the Joint Motion To Stay Proceedings For 30 Days To Accommodate Settlement Discussions (the "Joint Motion"). Having considered the Joint Motion, this Court is of the opinion that the Joint Motion should be granted.

It is therefore ORDERED that proceedings be stayed for 30 days to accommodate settlement discussions between the parties.

October __, 2006

_____
GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE

U0003647

## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on October 17, 2006 I caused a copy of the foregoing Joint Motion To Stay proceedings For 30 Days To Accommodate Settlement Discussions to be served in the manner indicated on:

### Hand Delivery

Domenic E. Pacitti
Saul Ewing LLP
222 Delaware Ave., Suite 1200
Wilmington, DE 19801

### Facsimile and U.S. Mail

Joshua C. Krumholz
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

Michael G. Busenkell (No. 3933)

U0002810