IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | NO. 06-371 |

### SECOND JOINT MOTION TO STAY PROCEEDINGS TO ACCOMMODATE SETTLEMENT DISCUSSIONS

All parties to these actions, by their respective undersigned counsel, move this Honorable Court for an Order staying all proceedings through December 31, 2006. The parties have executed a non-binding settlement memorandum, "which outlines the basic terms and conditions upon which [the parties] are willing to enter into a formal and definitive settlement agreement." The parties respectfully submit that there is good cause for the requested stay because the parties are engaged in active attempts to finalize the "formal and definitive settlement agreement" and related documentation, and reasonably believe that a business resolution will be reached. The parties have agreed that the prospects of finalizing such a settlement will improve if they can focus their full attention towards settlement without the distraction of substantial discovery and pre-trial preparation.

WHEREFORE, all parties to this action request that this Honorable Court stay all proceedings in the above-referenced matter through December 31, 2006, in order to allow the parties to accommodate settlement discussions.

| | |
|---|---|
| SAUL EWING LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| *[signature]* | *[signature]* |
| Domenic E. Pacitti (No. 3989) | Michael G. Busenkell (No. 3933) |
| Michael F. Bonkowski (No. 2219) | Margaret F. England (No. 4248) |
| 222 Delaware Avenue, 12th Floor | 300 Delaware Avenue, Suite 1360 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 421-6864 | (302) 425-0430 |
| dpacitti@saul.com | mbusenkell@eckertseamans.com |
| | |
| HOLLAND AND KNIGHT LLP | ANDREWS KURTH LLP |
| Joshua C. Krumholz, Esq. (*pro hac vice*) | Charles L. Perry (*pro hac vice*) |
| Elizabeth M. Mitchell, Esq. (*pro hac vice*) | Texas State Bar No. 15799900 |
| Benjamin M. McGovern (*pro hac vice*) | 1717 Main Street, Suite 3700 |
| 10 St. James Avenue | Dallas, Texas 75201 |
| Boston, MA 02116 | (214) 659-4681 |
| (617) 523-2700 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., | § § § § § § § § | NO. 06-371 |
| Plaintiffs, | § | |
| v. | § § | |
| OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, | § § § § § | |
| Defendants. | § | |

ORDER TO STAY PROCEEDINGS TO
ACCOMMODATE SETTLEMENT DISCUSSIONS

On this date, this Court considered the Second Joint Motion To Stay Proceedings For 30 Days To Accommodate Settlement Discussions (the "Second Joint Motion"). Having considered the Second Joint Motion, this Court is of the opinion that the Second Joint Motion should be granted.

It is therefore ORDERED that proceedings be stayed through December 31, 2006, to accommodate settlement discussions between the parties.

December _____, 2006

_____
GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE

DAL:644286.1