IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, <br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § | NO. 06-371 GMS |

## SIXTH JOINT MOTION TO STAY PROCEEDINGS TO ACCOMMODATE SETTLEMENT DISCUSSIONS

All parties to these actions, by their respective undersigned counsel, move this Honorable Court for an Order staying all proceedings through July 9, 2007. The parties have executed a non-binding settlement memorandum, "which outlines the basic terms and conditions upon which [the parties] are willing to enter into a formal and definitive settlement agreement." The parties respectfully submit that there is good cause for the requested stay because the parties are engaged in active attempts to finalize the "formal and definitive settlement agreement" and related documentation, and reasonably believe that a business resolution will be reached. The parties previously requested stays and were able to use the time to reach an agreement in principal (the non-binding settlement memorandum), and to make significant progress toward the final documents, and now request the additional time to finalize the agreement. The parties have agreed that the prospects of finalizing such a settlement will improve if they can focus their full

DAL:663237.1

attention towards settlement without the distraction of substantial discovery and pre-trial preparation.

WHEREFORE, all parties to this action request that this Honorable Court stay all proceedings in the above-referenced matter through July 9, 2007, in order to allow the parties to accommodate settlement discussions.

| SAUL EWING LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
|---|---|
| */s/ Domenic E. Pacitti* | */s/ Michael G. Busenkell* |
| Domenic E. Pacitti (No. 3989) | Michael G. Busenkell (No. 3933) |
| Michael F. Bonkowski (No. 2219) | Margaret F. England (No. 4248) |
| 222 Delaware Avenue, 12th Floor | 300 Delaware Avenue, Suite 1360 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 421-6864 | (302) 425-0430 |
| dpacitti@saul.com | mbusenkell@eckertseamans.com |
| | |
| HOLLAND AND KNIGHT LLP | ANDREWS KURTH LLP |
| Joshua C. Krumholz, Esq. (*pro hac vice*) | Charles L. Perry (*pro hac vice*) |
| Elizabeth M. Mitchell, Esq. (*pro hac vice*) | Texas State Bar No. 15799900 |
| Benjamin M. McGovern (*pro hac vice*) | 1717 Main Street, Suite 3700 |
| 10 St. James Avenue | Dallas, Texas 75201 |
| Boston, MA 02116 | (214) 659-4681 |
| (617) 523-2700 | |

## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on May 2, 2007 I caused a copy of the foregoing Sixth Joint Motion To Stay Proceedings To Accommodate Settlement Discussions to be served in the manner indicated on:

### Hand Delivery

Domenic E. Pacitti
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

### Facsimile and U.S. Mail

Joshua C. Krumholz
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

_____
Michael G. Busenkell (No. 3933)

4

DAL:663237.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § NO. 06-371 GMS |

**ORDER TO STAY PROCEEDINGS TO
ACCOMMODATE SETTLEMENT DISCUSSIONS**

On this date, this Court considered the Sixth Joint Motion To Stay Proceedings To Accommodate Settlement Discussions (the "Sixth Joint Motion"). Having considered the Sixth Joint Motion, this Court is of the opinion that such motion should be granted.

It is therefore ORDERED that proceedings be stayed through July 9, 2007, to accommodate settlement discussions between the parties.

May _____, 2007.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE

3

DAL:663237.1