IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., | § § § § § § § § | NO. 06-371 GMS |
| Plaintiffs, | § § | |
| v. | § § | |
| OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, | § § § § § | |
| Defendants. | § | |

## NINTH JOINT MOTION TO STAY PROCEEDINGS TO ACCOMMODATE SETTLEMENT DISCUSSIONS

All parties to these actions, by their respective undersigned counsel, move this Honorable Court for an Order staying all proceedings through March 21, 2008.

The parties respectfully submit that there is good cause for the requested stay. The parties previously executed a non-binding settlement memorandum, "which outlines the basic terms and conditions upon which [the parties] are willing to enter into a formal and definitive settlement agreement." Subsequently, the parties engaged in active attempts to finalize the "formal and definitive settlement agreement" and related documentation, in an effort to reach a business resolution. The parties have now executed an Escrow Agreement as part of that settlement process, and believe that they are nearing completion of the formal and definitive settlement agreement. The proposed settlement transaction is complex, and involves a total of thirteen projects, not just the projects involved in this litigation. The parties have agreed that the

DAL:687608.1

prospects of finalizing such a settlement will improve if they can focus their full attention towards settlement without the distraction of substantial discovery and pre-trial preparation. The parties previously requested stays and were able to use the time to make significant progress toward finalizing a settlement, and now request the additional time to finalize the agreement.

WHEREFORE, all parties to this action request that this Honorable Court stay all proceedings in the above-referenced matter through March 21, 2008, in order to allow the parties to accommodate settlement discussions.

| SAUL EWING LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
|---|---|
| /s/ Michael F. Bonkowski | /s/ Michael G. Busenkell |
| Michael F. Bonkowski (No. 2219) | Michael G. Busenkell (No. 3933) |
| 222 Delaware Avenue, 12th Floor | Margaret F. England (No. 4248) |
| Wilmington, DE 19801 | 300 Delaware Avenue, Suite 1360 |
| (302) 421-6863 | Wilmington, DE 19801 |
| mbonkowski@saul.com | (302) 425-0430 |
|  | mbusenkell@eckertseamans.com |
| HOLLAND AND KNIGHT LLP |  |
| Joshua C. Krumholz, Esq. (*pro hac vice*) | ANDREWS KURTH LLP |
| Elizabeth M. Mitchell, Esq. (*pro hac vice*) | Charles L. Perry (*pro hac vice*) |
| Benjamin M. McGovern (*pro hac vice*) | Texas State Bar No. 15799900 |
| 10 St. James Avenue | 1717 Main Street, Suite 3700 |
| Boston, MA 02116 | Dallas, Texas 75201 |
| (617) 523-2700 | (214) 659-4681 |

DAL:687608.1

## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on November 7, 2007 I caused a copy of the foregoing Ninth Joint Motion To Stay Proceedings To Accommodate Settlement Discussions to be served in the manner indicated on:

**Hand Delivery**

Michael F. Bonkowski
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE  19801

**Facsimile and U.S. Mail**

Joshua C. Krumholz
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116

_____
Michael G. Busenkell (No. 3933)

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | NO. 06-371 GMS |

## ORDER TO STAY PROCEEDINGS TO ACCOMMODATE SETTLEMENT DISCUSSIONS

On this date, this Court considered the Ninth Joint Motion To Stay Proceedings To Accommodate Settlement Discussions (the "Ninth Joint Motion"). Having considered the Ninth Joint Motion, this Court is of the opinion that such motion should be granted.

It is therefore ORDERED that proceedings be stayed through March 21, 2008, to accommodate settlement discussions between the parties.

November _____, 2007.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE

DAL:687608.1