IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | NO. 06-371 GMS |

**TENTH JOINT MOTION TO STAY PROCEEDINGS
TO ACCOMMODATE SETTLEMENT DISCUSSIONS**

All parties to these actions, by their respective undersigned counsel, move this Honorable Court for an Order staying all proceedings through June 27, 2008.

The parties respectfully submit that there is good cause for the requested extension. As previously stated, the parties have executed an Escrow Agreement as part of the settlement process, and continue to progress toward a final formal and definitive settlement agreement. The proposed settlement transaction is complex, and involves a total of thirteen projects, not just the projects involved in this litigation. Part of the settlement process involves a third party, whose affiliates will become the new general partner or managing member of entities that own various projects. The process has included interviewing potential third parties for that role. That third party has been identified and the parties are in the process of attempting to finalize the documentation necessary for that portion of the transaction, which includes among other things

obtaining necessary consents of additional third parties. The parties have agreed that the prospects of finalizing such a settlement will improve if they can focus their full attention towards settlement without the distraction of substantial discovery and pre-trial preparation. The parties previously requested extensions and were able to use the time to make significant progress toward finalizing a settlement, and now request the additional time to finalize the agreement.

WHEREFORE, all parties to this action request that this Honorable Court stay all proceedings in the above-referenced matter through June 27, 2008, in order to allow the parties to accommodate settlement discussions.

| SAUL EWING LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
|---|---|
| /s/ Michael R. Robinson | /s/ Michael G. Busenkell |
| Michael R. Robinson (No. 4452) | Michael G. Busenkell (No. 3933) |
| 222 Delaware Avenue, 12th Floor | Margaret F. England (No. 4248) |
| Wilmington, DE 19801 | 300 Delaware Avenue, Suite 1360 |
| (302) 421-6864 | Wilmington, DE 19801 |
| dpacitti@saul.com | (302) 425-0430 |
| | mbusenkell@eckertseamans.com |
| HOLLAND AND KNIGHT LLP | |
| Joshua C. Krumholz, Esq. (*pro hac vice*) | ANDREWS KURTH LLP |
| Elizabeth M. Mitchell, Esq. (*pro hac vice*) | Charles L. Perry (*pro hac vice*) |
| Benjamin M. McGovern (*pro hac vice*) | Texas State Bar No. 15799900 |
| 10 St. James Avenue | 1717 Main Street, Suite 3700 |
| Boston, MA 02116 | Dallas, Texas 75201 |
| (617) 523-2700 | (214) 659-4681 |

DAL:697635.1

## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on March 6, 2008 I caused a copy of the foregoing Tenth Joint Motion To Stay Proceedings To Accommodate Settlement Discussions to be served in the manner indicated on:

### Hand Delivery

Michael R. Robinson
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

### Facsimile and U.S. Mail

Joshua C. Krumholz
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

/s/ Michael G. Busenkell
Michael G. Busenkell (No. 3933)

DAL:697635.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., <br><br>Plaintiffs, <br><br>v. <br><br>OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | NO. 06-371 GMS |

**ORDER TO STAY PROCEEDINGS TO
ACCOMMODATE SETTLEMENT DISCUSSIONS**

On this date, this Court considered the Tenth Joint Motion To Stay Proceedings To Accommodate Settlement Discussions (the "Tenth Joint Motion"). Having considered the Tenth Joint Motion, this Court is of the opinion that such motion should be granted.

It is therefore ORDERED that proceedings be stayed through June 27, 2008, to accommodate settlement discussions between the parties.

March _____, 2008.

                                                                                   _____
                                                                                   GREGORY M. SLEET
                                                                                   UNITED STATES DISTRICT COURT JUDGE