IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LP, COLUMBIA HOUSING SLP CORP., OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-371 GMS |
| OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORP., and OCWEN LOAN SERVICING, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

WHEREAS, on June 5, 2006, the plaintiffs filed this action for declaratory judgment relating to a complex series of contractual agreements (D.I. 1);

WHEREAS, on November 11, 2007, the parties filed their Ninth Joint Motion to Stay Proceedings to Accommodate Settlement Discussions, asking for "the additional time to finalize the [settlement] agreement" (D.I. 40);

WHEREAS, also on November 11, 2007, the court granted the motion and stayed the proceedings through March 21, 2008;

WHEREAS, on March 6, 2008, the parties filed their Tenth Joint Motion to Stay Proceedings to Accommodate Settlement Discussions, again asking for "the additional time to finalize the [settlement] agreement" (D.I. 41);

WHEREAS, the court will grant this motion but will not entertain further motions to stay these proceedings;

IT IS HEREBY ORDERED that:

1. The parties' Tenth Joint Motion to Stay Proceedings to Accommodate Settlement Discussions (D.I. 41) is GRANTED;

2. All proceedings in the above-captioned case are stayed through June 27, 2008; and

3. The parties shall not file further motions to stay.

June 3, 2008                    /s/ Gregory M. Sleet
                                CHIEF, UNITED STATES DISTRICT JUDGE