## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COLUMBIA HOUSING/PNC INSTITUTIONAL
FUND IV LIMITED PARTNERSHIP,
COLUMBIA HOUSING SLP CORPORATION,
OCWEN 2000-LLC, PNC BANK, and
COLUMBIA HOUSING/PNC FUND IV, INC.,

                    Plaintiffs,

v.                                                      Civil Action No. 06-371 GMS

OCWEN FEDERAL BANK FSB, OCWEN
INVESTMENT CORPORATION, and OCWEN
LOAN SERVICING, LLC

                    Defendants.

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Michael R. Robinson, Esquire as attorney for

Defendants Ocwen Federal Bank FSB, Ocwen Investment Corp., and Ocwen Loan Servicing,

LLC.  This notice and entry of appearance is without waiver of any procedural or substantive

right.

                              **SAUL EWING LLP**

                              _____/s/ Michael R. Robinson_____
                              Michael R. Robinson (No. 4452)
                              222 Delaware Avenue, Suite 1200
                              P.O. Box 1266
                              Wilmington, DE  19899-1266
                              (302) 421-6800 phone
                              (302) 421-6813 fax
                              mrobinson@saul.com

                              *Attorneys for Defendants Ocwen Federal*
                              *Bank FSB, Ocwen Investment Corp., and*
                              *Ocwen Loan Servicing, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

COLUMBIA HOUSING/PNC INSTITUTIONAL
FUND IV LIMITED PARTNERSHIP,
COLUMBIA HOUSING SLP CORPORATION,
OCWEN 2000-LLC, PNC BANK, and
COLUMBIA HOUSING/PNC FUND IV, INC.,

                    Plaintiffs,

v.

OCWEN FEDERAL BANK FSB, OCWEN
INVESTMENT CORPORATION, and OCWEN
LOAN SERVICING, LLC

                    Defendants.

Civil Action No. 06-371 GMS

### CERTIFICATE OF SERVICE

I, Michael R. Robinson, Esquire, hereby certify that on June 17, 2008, I electronically

filed the foregoing *Entry of Appearance* with the Clerk of Court using CM/ECF which will send

notification of such filing. A true and correct copy of the document was served on the following

counsel of record in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID** |
|---|---|
| Karen Lee Turner | Charles L. Perry |
| Michael Busenkell | Andrews Kurth LLP |
| Eckert Seamans Cherin & Mellott | 1717 Main Street, Suite 3700 |
| 300 Delaware Avenue, Suite 1360 | Dallas, TX 75201 |
| Wilmington, Delaware 19801 | |

**SAUL EWING LLP**

        /s/ Michael R. Robinson
Michael R. Robinson (No. 4452)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
(302) 421-6800 phone
(302) 421-6813 fax
mrobinson@saul.com

*Attorneys for Defendants Ocwen Federal
Bank FSB, Ocwen Investment Corp., and
Ocwen Loan Servicing, LLC*