IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLUMBIA HOUSING/PNC INSTITUTIONAL FUND IV LIMITED PARTNERSHIP, COLUMBIA HOUSING SLP CORPORATION, OCWEN 2000-LLC, PNC BANK, and COLUMBIA HOUSING/PNC FUND IV, INC., | § § § § § § § § | NO. 06-371 |
| Plaintiffs, | § § | |
| v. | § § | |
| OCWEN FEDERAL BANK FSB, OCWEN INVESTMENT CORPORATION, and OCWEN LOAN SERVICING, LLC, | § § § § § | |
| Defendants. | § § | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties hereby agree and stipulate to dismissal of the above-referenced cause without prejudice, with costs to be borne by the party incurring same, and it is so ordered.

Signed on July ____, 2008.

_____
JUDGE PRESIDING

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: */s/ Michael G. Busenkell*
    Michael G. Busenkell (Bar No. 3933)
    300 Delaware Avenue, Suite 1210
    Wilmington, DE 19801
    Telephone: 302-425-0430
    Telecopier: 302-425-0432

    Charles Perry (pro hac vice)
    **ANDREWS KURTH LLP**
    1717 Main Street, Suite 3700
    Dallas, Texas 75201
    Telephone: 214-659-4681
    Telecopier: 214-659-4894

**CO-COUNSEL FOR PLAINTIFFS**


**SAUL EWING LLP**

By: *Michael R. Robinson*
    Michael R. Robinson (Bar No. 4452)
    222 Delaware Avenue, Suite 1200
    P. O. Box 1266
    Wilmington, DE 19899-1266
    Telephone: 302-421-6800
    Telecopier: 302-421-6813

    Joshua Krumholz (pro hac vice)
    **HOLLAND & KNIGHT LLP**
    10 St. James Avenue
    Boston, MA 02116
    Telephone: 617-523-2700
    Telecopier: 617-523-6850

**CO-COUNSEL FOR DEFENDANTS**